# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of:            Case Number:    1:12-cv-08347

CHERYL ELMORE and KEN ELMORE

vs.

SMITH & NEPHEW, INC.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

Smith & Nephew, Inc.

| | |
|---|---|
| NAME (Type or print) <br> Anthony J. Monaco | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/Anthony J. Monaco | |
| FIRM   Swanson, Martin & Bell, LLP | |
| STREET ADDRESS   330 N. Wabash Ave. Suite 3300 | |
| CITY/STATE/ZIP   Chicago / IL / 60611 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6279545 | TELEPHONE NUMBER 312-321-9100 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")   Y | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N") N | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N") Y | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N") Y | |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE. <br> RETAINED COUNSEL            APPOINTED COUNSEL | |