IN IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS – EASTERN DIVISION

| | | |
|---|---|---|
| CHERYL ELMORE and KEN ELMORE, | ) ) | |
| Plaintiffs, | ) ) | Case No. 1:12-cv-08347 |
| v. | ) ) | Judge Gettleman |
| SMITH & NEPHEW, INC., | ) ) | Magistrate Judge Schenkier |
| Defendant. | ) ) | |

**SMITH & NEPHEW'S MOTION TO DISMISS
PLAINTIFF'S AMENDED COMPLAINT**

Smith & Nephew, Inc. ("S&N"), pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure moves this Court to dismiss Plaintiffs' Complaint for failure to state a claim upon which relief can be granted. In support, S&N states as follows:

1. Plaintiffs' claims are expressly preempted by the Federal Medical Device Amendments of 1976, 21 U.S.C. § 301, *et. seq.*

2. In addition, Plaintiffs' Complaint is barred under *Buckman Co. v. Plaintiff's Legal Comm.*, 531 U.S. 341 (2001) as Plaintiff is attempting to bring a private action under the FDCA, which is impliedly preempted.

3. Finally, Plaintiffs' Complaint is factually insufficient, thereby failing to comply with Fed. R. Civ. P. 8., and *Twombly/Iqbal*.

4. As such, Plaintiffs' Complaint should be dismissed *with prejudice*.

5. In further support, S&N submits a Memorandum of Law in Support of its Motion to Dismiss Plaintiffs' Complaint.

                                      Respectfully submitted,

                                      **SMITH & NEPHEW, INC.**

Dated: December 21, 2012          By: /s/ Anthony J. Monaco
                                               One of its attorneys

Anthony J. Monaco #6279545
Anthony N. Bartosik #6289016
Patrick P. Clyder #6292573
Swanson, Martin & Bell, LLP
330 N. Wabash, Suite 3300
Chicago, IL 60611
(312) 321-9100
(312) 321-0990 – fax
amonaco@smbtrials.com
abartosik@smbtrials.com
pclyder@smbtrials.com